UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CEDRIK TUJIBIKILA,

        Plaintiff,

      v.                             Case No. 19-C-192

DAN NAEF, sued as "Corporal Neaf," et al.,

        Defendants.

## ORDER GRANTING MOTION TO COMPEL

On March 13, 2020 Defendants filed a motion to compel Plaintiff to respond to the interrogatories and requests for production of documents sent to him as part of the discovery in the above matter on December 30, 2019. On March 17, 2020, this court ordered Plaintiff to respond to the motion to compel within 20 days. The court warned that the motion would be granted if Plaintiff failed to respond. No response has been received from Plaintiff, nor has Plaintiff requested additional time in which to do so.

Therefore, Defendants' motion to compel (Dkt. No. 68) is granted, as follows: 1) Plaintiff is ordered to fully respond to the discovery interrogatories and request for production Defendants served on him on December 30, 2019; and 2) Defendants are granted an extension of time to June 30, 2020 to complete discovery and until July 30, 2020 to file dispositive motions. Defendants will not be awarded costs associated with bringing their motion.

**SO ORDERED** at Green Bay, Wisconsin this 29th day of April, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court