UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CEDRIK TUJIBIKILA,

        Plaintiff,

       v.                             Case No. 19-C-192

DAN NAEF, et al.,

        Defendants.

---

## ORDER

---

Plaintiff Cedrik Tujibikila filed a motion to appoint counsel and for extension of time (Dkt. No. 73) that were granted on June 16, 2020 (Dkt. No. 74). The court successfully recruited counsel and forwarded to Tujibikila an Agreement to Limited Scope Representation by pro bono counsel and directed him to sign and return the agreement by November 5, 2020. However, these documents were returned to the court as "Undeliverable" and "Unable to Forward." In a Screening Order dated October 17, 2019, Tujibikila received the following notice:

> [T]he parties must notify the Clerk of Court of any change of address. Failure to do so could result in orders or other information not being timely delivered, thus affecting the legal rights of the parties. Therefore, failure to provide a correct address could result in dismissal of the case for failure to prosecute.

Dkt. No. 49.

The court has not received notification from Tujibikila of his change of address, and thus neither the court, nor recruited counsel, is able to communicate with him. Unless Tujibikila notifies the court and counsel of his new address within twenty-one (21) days from the date of this order, this case will be dismissed for lack of prosecution. And because counsel has appeared for

Defendants and has undertaken the defense, including engaging in substantial motion practice, such dismissal will be with prejudice.

**SO ORDERED** at Green Bay, Wisconsin this 30th day of October, 2020.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
